LENA DU BOIS, as Administratrix of the Estate of ELMER J. Du Bois, Deceased, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Du Bois* v. *Erie Railroad Co.*, 80 App. Div. 640, affirmed.
(Argued December 17, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry Bacon* and *Joseph Merritt* for appellant.

*Thomas Watts* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN and WERNER, JJ. Absent: HAIGHT, J. Not sitting: VANN, J.

---

LOUIS SACHS et al., Respondents, *v.* AMERICAN SURETY COMPANY OF NEW YORK, Appellant.

*Sachs* v. *American Surety Co.*, 72 App. Div. 60, affirmed.
(Argued December 17, 1903; decided January 5; 1904.)

APPEAL from a judgment entered June 11, 1902, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, and directing judgment in favor of plaintiffs.

*Charles De Hart Brower* and *Henry C. Willcox* for appellant.

*George W. Wickersham* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Absent: HAIGHT, J.